IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY DAVIS,

    Petitioner,

v.

TAMMY FERGUSON, et al,

    Respondents.

CIVIL ACTION
NO. 17-3128

## ORDER

**AND NOW**, this 1st day of December 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Response to the Petition (Doc. No. 5), the pertinent state court record, the Report and Recommendation of United States Chief Magistrate Judge Marilyn Heffley (Doc. No. 6), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**.
2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.
3. A certificate of appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendations, as approved and adopted by this Court, that reasonable jurists would not debate the correctness of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).
4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.